UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID EARL WILLIAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>MARK LaCOURSIER, et al.,<br><br>        Defendants. | No.  2:24-cv-0394 DJC DB P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, requests an extension of time to file a second amended complaint. Plaintiff states that he requires additional time due to his medical conditions and the unavailability of an inmate who has been assisting him.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 11) is granted; and

2. Within forty-five days plaintiff shall file a second amended complaint.

Dated:  July 25, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB prisoner inbox/civil rights/R/will0394.36amc