UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID EARL WILLIMS, | No. 2:24-cv-0394 DJC SCR P |
| Plaintiff, | |
| v. | ORDER |
| MARK LaCOURSIER, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 10, 2025, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 15. Plaintiff has filed a notice indicating that he does not object to the findings and recommendations. ECF No. 16.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 15) are adopted in full.

1

2. This case proceeds solely on plaintiff's claim that defendants LaCoursier, Hammoudeh, and Pinneo violated his due process rights when they provided false information as the basis for criminal charges.

3. Plaintiff's other claims and defendants are dismissed without leave to amend.

4. The Clerk of Court is directed to terminate defendants Ali, Geivett, Bolden, Cerda, Tigri, and DeJesus from the docket of this action.

5. This matter is referred back to the assigned Magistrate Judge for all further pretrial proceedings.

IT IS SO ORDERED.

Dated:   **March 28, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

TH/Will0394.800

2