IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID EARL WILLIAMS, | No. 2:24-CV-0394-DJC-SCR-P |
| Plaintiff, | |
| v. | ORDER |
| MARK LaCOURSIER, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

On July 29, 2025, the undersigned conducted a settlement conference in this matter. At the time, the case settled, and the terms of the settlement were placed on the record. The undersigned retained jurisdiction to enforce the terms of the settlement. On August 13, 2025, Defendants filed a "Notice of Correction Regarding Plaintiff's Restitution Fines and Fees Owed." See ECF No. 28. In this filing, Defendants advised the Court that, contrary to their representation to Plaintiff and the Court at the time of the settlement conference on July 29, 2025, that Plaintiff does not owe any amounts in restitution, Plaintiff in fact owes restitution in the amount of $3,511.13. See id. Plaintiff filed a response to Defendants' notice on September 8. 2025. See ECF No. 29. In his response, Plaintiff complains that Defendants' notice constitutes a breach of a material term of the settlement agreement. See id.

1

On the Court's own motion, this matter is set for a status conference before the undersigned on November 12, 2025, at 1:30 p.m., via Zoom to discuss enforcement of the July 29, 2025, settlement agreement.

IT IS SO ORDERED.

Dated:  October 10, 2025

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2