IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID WILLIAMS ,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**LaCOURSIER, et al.,**<br><br>                              Defendants. | Case No. 2:24-cv-0394-DJC-SCR-P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR CONTINUANCE OF STATUS CONFERENCE** |

Defendants Pinneo, Hammoudeh, and LaCoursier ("Defendants") moved the Court continue the status conference current set for November 12, 2025 at 1:30 p.m.  (*See* ECF No. 30.) The Court has read and considered Defendants' motion and the accompanying declaration of counsel and finds that good cause exists to grant the motion based on counsel's unavailability on the current status conference date.

/ / /

/ / /

/ / /

/ / /

/ / /

1

1  Accordingly, Defendants' motion is **GRANTED**.  The status conference is continued to
2  Thursday, November 19, 2025, at 1:30 p.m. via Zoom to discuss enforcement of the July 29,
3  2025, settlement agreement.  The Court will issue a further Writ of Habeas Corpus ad
4  Testificandum to secure the Plaintiff's attendance.

**IT IS SO ORDERED.**

**Dated:  November 6, 2025**

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE